## CRIMINAL CAUSE FOR PLEADING

**USA - v -** **Kontogiannis ET AL**        Docket No.: **09CR 360[KAM]**        DOCKET & FILE

**Defendant: Jonathan Rubin**
     **X** present        ____ not present    _custody        **X** bail

Def. Counsel: **Robert Curtis Gottlieb +** Justin Henrich.
     **X** present        ____ not present    __CJA   **X** RET   _ LAS

AUSA : **Jonathan Green**        Clerk/**Deputy Sandra Jackson**
     Duncan Levin
Court Reporter : Michelle Nardone

✓ Case Called
___ Defendant's First Appearance
✓ Defendant: ✓ Sworn  ____ Arraigned  ✓ Informed of Rights
___ Waiver of Indictment Executed for Defendant
___ Superceding Indictment/Information Filed
___ Bench Warrant Issued:_____
✓ Defendant <u>Withdraws Not Guilty Plea</u> and <u>Enters Guilty Plea</u> to Count(s) **One**
   of the Superseding Information/<u>Indictment</u>
✓ Court Finds Factual Basis for the Plea
✓ Sentencing is scheduled for **11/2/10 at 2:15pm.**
✓ Bail/Bond: ___ Set  ✓ Continued for Defendant ___ Continued in Custody
___ Case Adjourned to ___/___/___ at _____
✓ Court accepts the Plea of Guilty.
✓ Transcript Ordered
✓ Counsel are advised that they are expected to follow Federal Rules of Criminal Procedure 32 with regards to objections to the Presentence Report (PSR). Opposing counsel must respond to PSR within two weeks. PSR objections must directed to the probation officer, but need not be filed via ecf.

✓ Sentencing motions/submissions (apart from PSR objections) shall be submitted as follows: defendant's submissions must be filed by **10/14/10**, the government shall respond by **10/21/10.** Reply by defendant, if any, shall be submitted by **10/28/10.** The parties shall provide two hard courtesy copies of all sentencing submissions to chambers and one copy to the Probation Department.