LAW OFFICES OF
# ROBERT C. GOTTLIEB

TRINITY BUILDING
111 BROADWAY - SUITE 701
NEW YORK, N.Y. 10006
TELEPHONE: (212) 566-7766
FAX: (212) 374-1506

— www.robertgottlieblaw.com —
e-mail: rgottlieb@robertgottlieblaw.com

ROBERT C. GOTTLIEB
CELIA A. GORDON
─────────────
JORDAN M. DRESSLER
JUSTIN F. HEINRICH

November 11, 2010

<u>Via Electronic Case Filing</u>
The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *United States v. Jonathan Rubin*
              *Case No. 09-CR -00360 (KAM)*

Dear Judge Matsumoto:

      As Your Honor is aware, this law firm represents the defendant Jonathan Rubin in the above referenced criminal action. I am writing to respectfully request that Mr. Rubin's bond conditions be modified to permit Mr. Rubin to travel to Washington, D.C. for a business-related trip. If permitted by the Court, Mr. Rubin would travel to Washington, D.C. tomorrow, November 12, 2010 and return on Monday, November 15, 2010.

      I have informed AUSA Jonathan Green of our request and he indicates the Government's consent. I have left a voicemail message and sent an email to Mr. Rubin's Pretrial Services Officer seeking her consent and have not yet received a response. Mr. Rubin understands that, if permitted, to travel, he would be required to provide Pretrial Services with all information regarding his departure, arrival and accomodations.

      Thank you very much for your consideration.

                                      Very truly yours,

                                      LAW OFFICES OF
                                      ROBERT C. GOTTLIEB

                                      Jordan Dressler (JD5334)

cc:   Jonathan Green, A.U.S.A. (via ECF)
       Marnie Gerardino, Pretrial Service Officer (via email)